UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTOINE SLAUGHTER,

Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for January 27, 2021 is adjourned sine die. A violation of supervised release ("VOSR") proceeding will take place on **February 4, 2021 at 3:00 p.m.** Defense counsel must submit a letter to the Court no later than January 29, 2021, regarding whether Defendant agrees to proceed remotely at the VOSR proceeding.

Dated: New York, New York
January 25, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge