UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ANTOINE SLAUGHTER,<br><br>Defendant. | **ORDER**<br><br>18 Cr. 364 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's violation of supervised release hearing, the conditions of the Defendant's term of supervised release are modified to provide for 30 days of home confinement enforced by electronic monitoring. In coordination with the Probation Officer, the Defendant may leave his residence for court appearances, meetings with counsel, religious observance, medical appointments, community service obligations, efforts to obtain employment, efforts to assist his girlfriend regarding the upcoming birth of the couple's child, and other purposes approved in advance by the Probation Officer. The supervised release hearing is adjourned until March 12, 2021 at 9:00 a.m.

Dated: New York, New York
       February 4, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge