UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTOINE SLAUGHTER,

Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at the April 9, 2021 continued violation of supervised release proceeding, the conditions of the Defendant's term of supervised release are modified to provide for home confinement enforced by GPS location monitoring until the next court proceeding, which will take place on **May 10, 2021 at 3:00 p.m.**

In coordination with the Probation Officer, the Defendant may leave his residence for court appearances, meetings with counsel, religious observance, medical appointments, community service obligations, efforts to obtain employment, efforts to assist his girlfriend regarding the upcoming birth of the couple's child, and other purposes approved in advance by the Probation Officer.

Dated: New York, New York
April 12, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge