UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTOINE SLAUGHTER,

                    Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's continued violation of supervised release hearing, the home confinement condition is terminated. All other supervised release conditions remain in effect.

The violation of supervised release hearing will resume on **June 10, 2021 at 11:00 a.m.**[1]

Dated: New York, New York
       May 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] On June 10, 2021, the parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone proceeding by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Seven days before the proceeding, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the proceeding so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.